AO 241
(Rev 01/15)

FILED
U. S. DISTRICT COUR,
DISTRICT OF NEBRASK,

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
2024 MAY 09  AM 10: 57
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Lancaster County | |
|---|---|---|
| Name (under which you were convicted): Michael D. Dewey | | Docket or Case No.: ~~illegible~~ 4:24cv3087 |
| Place of Confinement : Nebraska State Penitentiary | Prisoner No.: 211340 | |
| Petitioner (include the name under which you were convicted) Michael D. Dewey | v. | Respondent (authorized person having custody of petitioner) Rob Jeffereys, Director Nebraska Department of Correctional Services |
| The Attorney General of the State of: Mike Hilgers | | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   The District Court of Lancaster County, Nebraska, Lincoln, Ne.

   (b) Criminal docket or case number (if you know):   Case No. CR19-814

2. (a) Date of the judgment of conviction (if you know):   March 19, 2020

   (b) Date of sentencing:   March 30, 2020

3. Length of sentence:   64 - 70 year's

4. In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes    ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case:   Count 1 Manslaughter,

   Count, 2 Use of a firearm to commit a felony

6. (a) What was your plea? (Check one)

   ☐ (1)  Not guilty            ☒ (3)  Nolo contendere (no contest)

   ☐ (2)  Guilty               ☐ (4)  Insanity plea

RECEIVED

MAY 09 2024

CLERK
U.S. DISTRICT COURT
LINCOLN

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

      ❏ Jury    ❏ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

      ❏ Yes   ☑ No

8.   Did you appeal from the judgment of conviction?

      ☑ Yes   ❏ No

9.   If you did appeal, answer the following:

(a) Name of court:   Nebraska Court of Appeals

(b) Docket or case number (if you know):   State v Dewey, A-20-270, (Neb.App. Dec.3,)

(c) Result:   Affirmed

(d) Date of result (if you know):   December 3, 2021

(e) Citation to the case (if you know): _____

(f) Grounds raised:   Ineffective Assistance of Counsel, and Excessive

Sentence

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☑ Yes  ❏ No

    If yes, answer the following:

    (1) Name of court:   Nebraska Supreme Court

    (2) Docket or case number (if you know): _____

    (3) Result:   Refused to Hear it

AO 241 (Rev 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☑ Yes    ☐ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☑ Yes    ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court:    The District Court of Lancaster County

(2) Docket or case number (if you know):    CR 19-814

(3) Date of filing (if you know):    September 13, 2021

(4) Nature of the proceeding:    Postconviction

(5) Grounds raised:    His sentence on the use of a firearm conviction was unconstitutional and Ineffective assistance of counsel

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☑ No

(7) Result: _____

AO 241 (Rev 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

       ☐ Yes    ☐ No

    (7) Result: _____

    (8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): _____

    (4) Nature of the proceeding: _____

    (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev  09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes    ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:     ☑ Yes     ☐ No

(2) Second petition:   ☐ Yes     ☐ No

(3) Third petition:    ☐ Yes     ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution,
laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts
supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available
state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set
forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   Petitioner was deprived of the effective assistance of

counsel at all critical stages of the proceedings, in violation of the 6th
and 14th Amendments.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Over the course of the proceedings. Petitioner's counsel failed in

multiple ways to fulfil duties owed to Petitioner, which includes:

1) Failed to adequately investigate and challenge the admissibility of

the firearm evidence; 2) Failed to adequately ivestigate, contact, depose,

interview, subpoena, or call as witness Destinee Godel; and 3) Unduly

pressuring Dewey to enter a plea against his wishes and making promises
regarding sentencing.
(b) If you did not exhaust your state remedies on Ground One, explain why:   This issue was timely

presented in a Petition for Postconviction Relief to the trial court which

initially denied the Petition without a hearing. Then again affirmed by way

of Direct Appeal to the Supreme Court of Nenraska, S-22-000546.

_____

_____

_____

AO 241 (Rev 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?       ☑ Yes       ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes       ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Postconviction

Name and location of the court where the motion or petition was filed:     The lancaster County Court

Docket or case number (if you know):     CR-19-814

Date of the court's decision:     6-17-2022

Result (attach a copy of the court's opinion or order, if available):     attached

(3) Did you receive a hearing on your motion or petition?       ☐ Yes       ☑ No

(4) Did you appeal from the denial of your motion or petition?       ☑ Yes       ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?       ☑ Yes       ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:     The Nebraska Court of Appeals and Supreme Court

Docket or case number (if you know):     S-22-546

Date of the court's decision:     December 15, 2023

Result (attach a copy of the court's opinion or order, if available):     Not available

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐  Yes     ☐  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐  Yes     ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:
_____
_____
_____
_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____
_____
_____
_____

**GROUND THREE:** _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
_____
_____
_____
_____
_____

AO 241 (Rev 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

_____

_____

_____

_____

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

_____

AO 241 (Rev 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☐   Yes     ☐   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐   Yes     ☐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev 09/17)

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?                    ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?              ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

AO 241 (Rev 09/17)

13.     Please answer these additional questions about the petition you are filing:

    (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   ☐ Yes   ☐ No

            If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

    (b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?   ☐ Yes   ☑ No

        If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy of any court opinion or order, if available.

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

        If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 241 (Rev 09/17)

16.    Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:    Sanford Pollack    1003 H St. Lincoln, NE 68508

(b) At arraignment and plea:    Sanford Pollack    1003 H st Lincoln, NE 68508

(c) At trial:    Sanford Pollack    1003 H St. Lincoln, NE 68508

(d) At sentencing:    Sanford Pollack    1003 H st. Lincoln, NE 68508

(e) On appeal:    Public Defenders office

(f) In any post-conviction proceeding:

(g) On appeal from any ruling against you in a post-conviction proceeding:

17.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?            ☐  Yes    ☑  No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?            ☐  Yes    ☐  No

18.    TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The instant Petitione is timely within the one-year limitations
period under the ADEPA revisions to 28 U.S.C. § 2254(d). Any
perceptions or claims otherwise would be overcome by the
ineffective assistance of counsel claims as set forth by the
Petitioner in the petition.

AO 241 (Rev 09/17)

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev 09/17)

(2)     The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:     The issuance of the Writ of

Habeas Corpus compelling release or retrial.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on     4-30-24     (month, date, year).

Executed (signed) on     4-30-24     (date).

GENERAL NOTARY - State of Nebraska
ERICA M. TERRAZAS
My Comm. Exp. March 2, 2027

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

Inmate Name: Michael Dewey
Inmate Number 211240
Box 22500
Lincoln NE, 68542-0500
Notice: This correspondence was mailed from the
Nebraska State Penitentiary.
It's contents are uncensored.

Clerk of
United States District Court
For District of Nebraska

593 Federal Building
100 Centennial mall North
Lincoln, NE 68508

RECEIVED
MAY 09 2024
CLERK
U.S. DISTRICT COURT
LINCOLN